CERTIFICATE OF SERVICE

   I, Brandon H. Cowart, an Assistant United States Attorney for the Southern District of New York, hereby certify that on November 30, 2009, I caused a copy of the IRS's Answer in *O'Donnell v. Internal Revenue Service*, Adv. No. 09-1486 (PCB), to be served, by ECF and First-Class Mail, upon the following:

  Mark A. Frankel, Esq.
  Backenroth Frankel & Krinsky, LLP
  489 Fifth Avenue,
  New York, NY 10017
  *Counsel for Plaintiffs*

  Judith Lynne Cohen
  District Tax Attorney
  New York State Department of Taxation and Finance
  1740 Broadway, 16th Floor
  New York, NY 10019

  State of New Jersey (*pro se*)
  50 Barrack Street
  Trenton, NJ 08695

Dated: New York, New York
   November 30, 2009

               By: s/ Brandon H. Cowart
                 BRANDON H. COWART
                 Assistant United States Attorney