UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                         Chapter 7

JOHN O'DONNELL AND ELLEN                      Case No. 09-15014
O'DONNELL,

                                 Debtors.
---------------------------------------------------------x
JOHN O'DONNELL AND ELLEN
O'DONNELL,

                                 Plaintiffs,
          -against -                        Adv. Pro. No. 09-01486

INTERNAL REVENUE SERVICE,
NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE, AND THE
STATE OF NEW JERSEY,

                                 Defendants.
---------------------------------------------------------x

## AMENDED DEFAULT JUDGMENT

       Upon the application of John O'Donnell and Ellen O'Donnell (the "Debtors") for a default judgment against the State of New Jersey ("Defendant"), and it appearing that the Debtor served the Defendant with a Summons and Complaint in this action, and it appearing that the Defendant failed to plead or otherwise defend in response to the Complaint, and it appearing that the legal time for such pleading or otherwise defending has expired, and it appearing that no objection or application has been made, and after due deliberation and sufficient cause appearing therefore, it is

       ORDERED, ADJUDGED AND DECREED that judgment be, and hereby is, granted deeming that the Debtors' tax liabilities owed to the State of New Jersey for the years 1996 through 2004 and the penalty portion of such liabilities for the years 2005 and 2006 are discharged.

Dated:     New York, New York
              December __8__, 2009

                                                ___S/ BURTON R. LIFLAND_____
                                                UNITED STATES BANKRUPTCY JUDGE