

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 1, 2011

**By ECF**
Hon. Shelley C. Chapman
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004

    Re:    *In re O'Donnell*, Adv. Proc. No. 09-1486 (Bankr. S.D.N.Y.);
            Request for Hearing Adjournment

Dear Judge Chapman:

    On behalf of defendant United States, I respectfully write to adjourn the hearing in this adversary proceeding from July 12 to July 26, 2011, at 2 p.m. We have obtained consent of the debtors' counsel and approval of your Law Clerk, Leah Edelboim.

    Thank you for your consideration of this matter.

                                       Respectfully,

                                       PREET BHARARA
                                       United States Attorney for the
                                       Southern District of New York

               By:         */s/ B. Cowart*
                                       BRANDON H. COWART
                                       Assistant United States Attorney
                                       Telephone: (212) 637-2693
                                       Facsimile: (212) 637-2702

Cc:     **By ECF**
        Mark A. Frankel, Esq.
        Backenroth Frankel & Krinsky, LLP
            *Counsel for Debtors*