

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 10, 2016

**By ECF**
Hon. Shelley C. Chapman
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004

     Re:    *In re O'Donnell*, Adv. Proc. No. 09-1486 (Bankr. S.D.N.Y.) (SCC)

Dear Judge Chapman:

     At the request of Your Honor's Chambers, I write to provide an update on the status of the above matter. At issue is the discharge of plaintiffs' sizeable delinquent federal income tax liabilities. The United States has objected to discharge pursuant to 11 U.S.C. § 523(a)(1)(C), which provides that a tax debt will not be discharged in bankruptcy if the debtor "willfully attempted in any manner to evade or defeat such tax."

     The parties have conducted extensive discovery which was recently completed. During the course of discovery, the parties exchanged several hundred thousand pages of documents, the Government issued thirty subpoenas, and plaintiffs John O'Donnell and Ellen O'Donnell were deposed. In 2015, the Government issued a total of twelve subpoenas to entities such as credit card issuers, vendors of consumer goods, casinos, a travel agency, a commercial airline, two hotel chains, and Amazon. Unfortunately, due to problems obtaining subpoenaed information from Amazon, completion of discovery was delayed by over six months. Earlier this year we received Amazon's production. The Government now has completed discovery and anticipates moving for summary judgment by the end of March.

     I thank the Court for its consideration of this matter.

                      Respectfully,

                      PREET BHARARA
                      United States Attorney for the
                      Southern District of New York

          By:    /s/ Brandon Cowart
                  BRANDON H. COWART
                  Assistant United States Attorney
                  Telephone: (212) 637-2693
                  Email: brandon.cowart@usdoj.gov

cc:     By ECF
        Mark A. Frankel, Esq.
        Backenroth Frankel & Krinsky, LLP
            *Counsel for Plaintiffs*