

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 1, 2017

**By ECF**
Hon. Shelley C. Chapman
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004

    Re:    *In re O'Donnell*, Adv. Proc. No. 09-1486 (Bankr. S.D.N.Y.) (SCC)

Dear Judge Chapman:

    This Office represents the United States, a creditor of the debtors and defendant in the above-referenced adversary proceeding. At issue is the discharge of the debtors/plaintiffs' sizeable delinquent federal income tax liabilities. The United States has objected to discharge pursuant to 11 U.S.C. § 523(a)(1)(C), which provides that a tax debt will not be discharged in bankruptcy if the debtor "willfully attempted in any manner to evade or defeat such tax."

    The parties have conducted extensive discovery and respectfully request an additional 30 days, until March 31, 2017, to complete any remaining discovery. At the conclusion of discovery, the United States anticipates moving for summary judgment on the issue of willful evasion. As for scheduling the remaining items, the parties have conferred and respectfully propose the following schedule: (i) close of all discovery by March 31; (ii) moving summary judgment papers due by May 1; (iii) opposition summary judgment papers due by July 3; and (iv) reply summary judgment papers due by July 19.

    I thank the Court for its consideration of this request.

                                    Respectfully,

                                    PREET BHARARA
                                    United States Attorney for the
                                    Southern District of New York

                   By:    /s/ Brandon Cowart
                         BRANDON H. COWART
                         Assistant United States Attorney
                         Telephone: (212) 637-2693
                         Email: brandon.cowart@usdoj.gov

cc: <u>By ECF</u>
Mark A. Frankel, Esq.
Backenroth Frankel & Krinsky, LLP
   *Counsel for Plaintiffs*