UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                                           Chapter 7

JOHN THORTON O'DONNELL and ELLEN
JANE O'DONNELL,                                                                   Case No. 09-15014 (SCC)

                                  Debtors.
---------------------------------------------------------------x
JOHN THORTON O'DONNELL and ELLEN
JANE O'DONNELL,
                                Plaintiffs.

                            v.                                                           Adv. Pro. No. 09-01486 (MKV)

INTERNAL REVENUE SERVICE, *et al.,*

                                Defendants.
---------------------------------------------------------------x

## SCHEDULING ORDER

Upon this adversary proceeding having been transferred to the Honorable Mary Kay Vyskocil on March 3, 2017 [ECF No. 28], it is

**ORDERED**, that the Parties shall appear at a status conference to be held before Honorable Mary Kay Vyskocil in Courtroom 501 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on July 19, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard to discuss the background and status of this adversary proceeding including discovery, any anticipated motion practice and trial, and scheduling; and it is further

**ORDERED**, that counsel to the Plaintiff is directed to serve a copy of this order forthwith on

all parties in interest in the case, and to file proof of service within three days thereafter.


Dated: New York, New York
      June 5, 2017                      *s/ Mary Kay Vyskocil*
                                     HONORABLE MARY KAY VYSKOCIL
                                     UNITED STATES BANKRUPTCY JUDGE